# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mijiti Abudurexiti

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-3986-LL-SBC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, DENIES AS MOOT the Motion for TRO. This case is hereby closed.

**Date:** 9/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3986-LL-SBC

Respondents:
Gregory Archambeault,
Field Office Director Of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement;

Markwayne Mullin,
Secretary, U.S. Department of Homeland Security;

Department of Homeland Security;

Todd Blanche,
U.S. Attorney General;

Executive Office for Immigration Review;

Christopher LaRose,
Warden of Otay Mesa Detention Center